# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY COVARRUBIAS,<br>　　　　　Petitioner,<br>　　v.<br>M.D. BITER, Warden,<br>　　　　　Respondent. | Case No. CV 11-6213 AG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 31, 2013

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE